UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

EQUINOX TREE & VINE, LLC, a California Limited Liability Company,

    Plaintiff,

  v.

THE CALIFORNIA TABLE GRAPE COMMISSION,

    Defendant.

CASE NO. 1:06-cv-01388-AWI-DLB

ORDER

  Upon consideration of the California Table Grape Commission's Consent Motion for an extension of time, it is hereby ORDERED that the motion is GRANTED, and the deadline for filing a response to Plaintiff's Complaint is hereby extended up to and including November 30, 2006.

IT IS SO ORDERED.

Dated: November 13, 2006     /s/ Anthony W. Ishii
0m8i78             UNITED STATES DISTRICT JUDGE