UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUINOX TREE & VINE, LLC, etc. ) <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> THE CALIFORNIA TABLE GRAPE ) <br> COMMISSION, ) <br> Defendant. ) <br> ) <br> _____) | 1:06-CV-1388 AWI DLB <br><br> NEW CASE NUMBER: <br><br> 1:06-CV-1388 OWW DLB <br><br><br> **ORDER REASSIGNING CASE AND RESETTING SCHEDULING CONFERENCE** <br><br> **NEW DATE**: **February 16, 2007** <br>           8:45 a.m. |

   It appearing that this matter is related to action 1:96-cv-6053, Delano Farms vs. California Table Grape Commission.

   This matter is reassigned from the docket of United States District Judge Anthony W. Ishii to the docket of United States District Judge Oliver W. Wanger.

   To prevent a delay in documents being received by the correct judicial officer, the new case number should now be used on all documents.

                    **1:06-cv-1388 OWW DLB**

   The scheduling conference currently set for January 4, 2007, before Magistrate Judge Beck is re-set for February 16, 2007 at 8:45 a.m. in Courtroom Three before Judge

                             1

Wanger. IT IS SO ORDERED.

**Dated:   November 21, 2006**          **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE