UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EQUINOX TREE & VINE, LLC, a California limited liability company, | ) ) ) ) ) | 1:06-CV-01388 OWW DLB |
| Plaintiff, | ) ) | **ORDER DISMISSING ACTION** |
| v. | ) ) | |
| THE CALIFORNIA TABLE GRAPE COMMISSION, | ) ) ) ) | |
| Defendants. | ) ) ) | |

  Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41(a)(1),

  IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   January 25, 2011**              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1